UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED
OCT 1 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEP. CLERK

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

RE:   **Hector Avila Becerra**
      **Docket Number: 1:05CR00108-01**
      **PERMISSION TO TRAVEL**
      **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Tijuana, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 1, 2005, Hector Avila Becerra was sentenced for the offense of Misprision of a Felony.

**Sentence imposed:** 2 years probation; $500 fine; 100 hours community service; $100 SA

**Dates of Travel:** October 16, 2006

**Purpose:** Transport ill father to Tijuana, Mexico, to rejoin family members.

Respectfully Submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____X____                      Disapproved _____

_____10-16-06_____                      _____
Date                                    **Oliver W. Wanger**
                                        **Senior United States District Judge**

1

Rev. 05/2006
TRAVEL – OUTSIDE COUNTRY COURT MEMO.MRG