UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
OCT 18 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

RE: **Hector Avila Becerra**
**Docket Number: 1:05CR00108-01**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Tijuana, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 1, 2005, Hector Avila Becerra was sentenced for the offense of Misprision of a Felony.

**Sentence imposed:** 2 years probation; $500 fine; 100 hours community service; $100 SA

**Dates of Travel:** October 16, 2006

**Purpose:** Transport ill father to Tijuana, Mexico, to rejoin family members.

Respectfully Submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ___X___   Disapproved _____

Date  10-16-06

Oliver W. Wanger
**Senior United States District Judge**